RECEIVED
2011 MAR -1  A 9 58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Morgan Howarth

        Plaintiff,

v.

Warnaco Group, Inc., et al.

        Defendant.

**CASE NO.** 10-CV-05062 LHK

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Jay Shapiro            , whose business address and telephone number is

Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022, tel: 212.940.8566

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Warnaco Group, Inc.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:    March 17, 2011

HONORABLE LUCY H. KOH
United States District    Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28