RECEIVED
2011 MAR -9 A 11:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Morgan Howarth, an individual,

Plaintiff,

v.

Warnaco Group, Inc. a Delaware Corporation; Speedo International Ltd., a limited company,

Defendants

CASE NO. 3:10-cv-05062-~~MEJ~~ KOH

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Craig S. Mende, whose business address and telephone number is Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, NY 10017, 212-813-5900, cmende@fzlz.com.

and who is an active member in good standing of the bar of New York State having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   March 17, 2011

*Lucy H. Koh*
United States District Judge