RECEIVED
2011 MAR -9 A 11: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Morgan Howarth, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>Warnaco Group, Inc. a Delaware Corporation; Speedo International Ltd., a limited company,<br>  Defendants | CASE NO. 3:10-cv-05062- LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Alexander L. Greenberg, whose business address and telephone number is Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, NY 10017, 212-813-5900, agreenberg@fzlz.com.

and who is an active member in good standing of the bar of New York State

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 17, 2011

*Lucy H. Koh*
United States District Judge