BENEDICT O'MAHONEY (SBN 152447)
bomahoney@terra-law.com
**TERRA LAW, LLP**
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Attorneys for Plaintiff MORGAN HOWARTH

JOHN P. MARGIOTTA (Pro hac vice)
jmargiotta@fzlz.com
**FROSS ZELINICK LEHRMAN & ZISSU, P.C.**
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant SPEEDO INTERNATIONAL LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MORGAN HOWARTH, an individual<br><br>Plaintiff,<br><br>v.<br><br>WARNACO GROUP, INC., a Delaware corporation; SPEEDO INTERNATIONAL LTD., a limited company<br>Defendant. | Case No. CV 10-05062 LHK<br><br>[~~PROPOSED~~]<br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Before the Court is a Stipulation for Entry of Order Dismissing Complaint With Prejudice. Finding good cause for granting of the same,

IT IS HEREBY ORDERED that all claims and counterclaims by or between Plaintiff Morgan Howarth and Defendant Speedo International, Ltd., are

---

[~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE
1
CV 10-05062 LHK

1   dismissed with prejudice with each party to bear its own costs and fees.

3   Dated: __August 10, 2011__    _/s/ Lucy H. Koh_
                                   United States District Judge